IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - x
                                  :
In re:                            :   Chapter 11
                                  :
BNA SUBSIDIARIES, LLC[1]          :   Case No. 10-13087 (BLS)
                                  :
                                  :
              Debtor.             :
- - - - - - - - - - - - - - - - - x
```

## NOTICE OF BANKRUPTCY FILING AND DEBTOR'S PRESENTATION OF MOTIONS TO THE COURT FOR CONSIDERATION

**PLEASE TAKE NOTICE** that on September 23, 2010, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has requested that the first-day hearing in this case (the "First-Day Hearing") be held on a date to be announced, to consider the following motions:

1. Motion of the Debtor for Entry of an Order Authorizing the Retention and Employment of Logan & Company, Inc. as Claims, Noticing and Balloting Agent [Docket No. 4]

2. Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363 and 364, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Maintenance of Existing Bank Accounts, (II) Authorizing Continued Use of Business Forms, (III) Authorizing Continued Use of Existing Cash Management System, (IV) Authorizing the Continuation of Intercompany Transactions with the Debtor's Parent Company and Non-Debtor Affiliates, (VI) Conferring Administrative Expense Status for Certain Intercompany Transactions

---

[1] The last four digits of the Debtor's federal tax identification number are 5412.

and (VI) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis [Docket No. 5]

3. Debtor's Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Debtor to Pay Prepetition Wages, Compensation, Employee Benefits and Prepetition Compensation Owed to Independent Contractors [Docket No. 6]

4. Debtor's Motion for Entry of an Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code(I) Approving Debtor's Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment and (III) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests [Docket No. 7]

5. Debtor's Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Continuation of Certain Customer Practices [Docket No. 8]

6. Debtor's Motion for Order Pursuant to Sections 105(a), 506(a), 507(a)(8), and 541 of the Bankruptcy Code and Bankruptcy Rule 6003 Authorizing the Debtor to Pay Prepetition Sales, Use, Personal Property, Franchise and Foreign Taxes and Related Obligations to Certain International and State Governmental Entities [Docket No. 9]

7. Debtor's Motion for an Order Authorizing the Payment of Prepetition Claims of Shippers [Docket No. 10]

8. Motion of the Debtor for an Order, Pursuant to Sections 105(a) 1107 and 1008 of the Bankruptcy Code and Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Payment of a Portion of the Prepetition Claims of Certain Critical Vendors [Docket No. 11]

9. Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), and 364(c)(3) and (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 12]

2

**PLEASE TAKE FURTHER NOTICE** that when the Debtor is notified of the date and time of the First-Day Hearing, the Debtor will provide such information to the parties served with this Notice.

**PLEASE TAKE FURTHER NOTICE** that in addition to the documents listed above, the Debtor has also filed with the Bankruptcy Court the following document:

1. Declaration of Bradford Smith, Chief Operating Officer of BNA Subsidiaries, LLC, in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 2]

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced documents may be obtained (i) by request to the Debtors' proposed counsel at kstahl@coleschotz.com; (ii) at the website of the Debtors' proposed claims and noticing agent, www.loganandco.com; or (iii) at the website of the Unites States Bankruptcy Court for the District of Delaware, www.deb.uscourts.gov.

Dated: September 23, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Marion Quirk

Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Karen M. Grivner (No. 4372)
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Proposed Counsel for the Debtor
and Debtor in Possession