IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - x
                              :
In re:                        :    Chapter 11
                              :
BNA SUBSIDIARIES, LLC[1]      :    Case No. 10-13087 (BLS)
                              :
                              :
         Debtor.              :
- - - - - - - - - - - - - - - x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR FIRST DAY HEARING ON SEPTEMBER 29, 2010 AT 8:30 A.M. (ET)

**RELATED MATTERS**

1. Voluntary Petition of BNA Subsidiaries, LLC [Filed September 23, 2010] [Docket No. 1]

2. Declaration of Bradford Smith, Chief Operating Officer of BNA Subsidiaries, LLC, in Support of Chapter 11 Petition and First Day Pleadings [Filed September 23, 2010] [Docket No. 2]

**MATTERS GOING FORWARD**

3. Motion of the Debtor for Entry of an Order Authorizing the Retention and Employment of Logan & Company, Inc. as Claims, Noticing and Balloting Agent [Filed September 23, 2010] [Docket No. 4]

    Status: This matter is going forward.

4. Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363 and 364, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Maintenance of Existing Bank Accounts, (II) Authorizing Continued Use of Business Forms, (III) Authorizing Continued Use of Existing Cash Management System, (IV) Authorizing the Continuation of Intercompany Transactions with the Debtor's Parent Company and Non-Debtor Affiliates, (V) Conferring Administrative Expense Status for Certain Intercompany Transactions and (VI) Waiving the Requirements of 11

---

[1] The last four digits of the Debtor's federal tax identification number are 5412.

U.S.C. § 345(b) on an Interim Basis [Filed September 23, 2010] [Docket No. 5]

Status: This matter is going forward.

5. Debtor's Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Debtor to Pay Prepetition Wages, Compensation, Employee Benefits and Prepetition Compensation Owed to Independent Contractors [Filed September 23, 2010] [Docket No. 6]

   Status: This matter is going forward.

6. Debtor's Motion for Entry of an Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code(I) Approving Debtor's Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment and (III) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests [Filed September 23, 2010] [Docket No. 7]

   Status: This matter is going forward.

7. Debtor's Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Continuation of Certain Customer Practices [Filed September 23, 2010] [Docket No. 8]

   Status: This matter is going forward.

8. Debtor's Motion for Order Pursuant to Sections 105(a), 506(a), 507(a)(8), and 541 of the Bankruptcy Code and Bankruptcy Rule 6003 Authorizing the Debtor to Pay Prepetition Sales, Use, Personal Property, Franchise and Foreign Taxes and Related Obligations to Certain International and State Governmental Entities [Filed September 23, 2010] [Docket No. 9]

   Status: This matter is going forward.

9. Debtor's Motion for an Order Authorizing the Payment of Prepetition Claims of Shippers [Filed September 23, 2010] [Docket No. 10]

   Status: This matter is going forward.

10. Motion of the Debtor for an Order, Pursuant to Sections 105(a) 1107 and 1008 of the Bankruptcy Code and Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Payment of a Portion of the Prepetition Claims of Certain Critical Vendors [Filed September 23, 2010] [Docket No. 11]

    Status: This matter is going forward.

11. Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), and 364(c)(3) and (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Filed September 23, 2010] [Docket No. 12]

    Status: This matter is going forward.

Dated: September 24, 2010
Wilmington, Delaware

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: /s/ Marion Quirk

Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Karen M. Grivner (No. 4372)
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Proposed Counsel for the Debtor and Debtor in Possession

48615/0001-7026856v1