# **EXHIBIT B**

(Budget)

BNA Subsidiaries LLC
13 Week Cash Flow Projections
Debtor in Possession
For the Weeks Ending September 24, 2010 through December 17, 2010

| | September | October | | | | | | November | | | | | | December | | | | 13 Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24-Sep | 1-Oct | 8-Oct | 15-Oct | 22-Oct | 29-Oct | TOTAL October | 5-Nov | 12-Nov | 19-Nov | 26-Nov | TOTAL November | 3-Dec | 10-Dec | 17-Dec | MTD December | 13 Week Total |
| Cash Beginning of Week | $345,550 | $535,550 | $348,850 | $218,922 | | | $535,550 | | | | | | | | | | $345,550 |
| Receipts | | | | | | | | | | | | | | | | | |
| Est Deposits | 230,000 | 236,160 | 236,160 | 244,910 | 224,910 | 244,910 | 1,187,050 | 294,910 | 268,660 | 238,660 | 276,660 | 1,078,890 | 243,660 | 238,660 | 258,660 | 740,980 | 3,236,920 |
| O/S checks | | | | | | | | | | | | | | | | | |
| Total Receipts | $230,000 | $236,160 | $236,160 | $244,910 | $224,910 | $244,910 | $1,187,050 | $294,910 | $268,660 | $238,660 | $276,660 | $1,078,890 | $243,660 | $238,660 | $258,660 | $740,980 | $3,236,920 |
| General Disbursements - Pre-Petition | | | | | | | | | | | | | | | | | |
| Payroll | | (101,760) | | | | | (101,760) | | | | | | | | | | (101,760) |
| Commissions | | (12,250) | | (12,250) | | (12,250) | (36,750) | | (12,250) | | (12,250) | (24,500) | | (12,250) | | (12,250) | (73,500) |
| Withholdings | | (42,000) | | | | | (42,000) | | | | | | | | | | (42,000) |
| 401k contribution | | (15,000) | (10,000) | (15,000) | | | (30,000) | | | | | | | | | | (30,000) |
| 1099 Payroll | | (10,000) | | | (19,500) | | (20,000) | | | | | | | | | | (20,000) |
| Check run | | (71,639) | (137,260) | (112,026) | | (500) | (340,324) | (200) | | | | (200) | | | | | (341,124) |
| Other | | | | | | | | | | | | | | | | | |
| General Disbursements - Post-Petition | | | | | | | | | | | | | | | | | |
| Payroll | | (112,000) | | (250,710) | | (280,710) | (643,420) | | (250,710) | | (271,710) | (522,420) | | (241,710) | | (241,710) | (1,407,550) |
| 401k contribution | | (11,400) | | (19,000) | | (19,000) | (49,400) | | (19,000) | | (19,000) | (38,000) | | (19,000) | | (19,000) | (106,400) |
| BNA Stock | | | | | | | | | | | | | | | | | |
| 1099 Payroll | | (25,000) | | (17,000) | | (12,000) | (29,000) | | (17,000) | | (12,000) | (29,000) | | (17,000) | | (17,000) | (75,000) |
| Check run | | (13,600) | (175,200) | (74,600) | (52,100) | (67,900) | (394,800) | (259,500) | (68,600) | (69,500) | (66,500) | (464,100) | (143,000) | (111,100) | (49,900) | (304,000) | (1,162,900) |
| Rent | | | (30,950) | | | (13,600) | (58,150) | (30,950) | | | (13,600) | (44,550) | (30,950) | | | (30,950) | (133,650) |
| Hotel - Lab Institute | | | | | | (70,000) | (70,000) | | | | | | | | | | (70,000) |
| Datamatrix | | | | (15,000) | | | (15,000) | | (15,000) | | (15,000) | (15,000) | | (15,000) | | (15,000) | (45,000) |
| Utility Deposit | | (20,905) | | | | | (20,905) | | | | | | | | | | (20,905) |
| Professional Fees | (40,000) | (73,677) | (38,677) | (38,677) | (38,677) | (38,677) | (228,387) | (76,909) | (41,909) | (41,909) | (41,909) | (202,637) | (76,909) | (41,909) | (41,909) | (160,728) | (631,752) |
| US Trustee Fees | | | | | | (5,000) | (5,000) | | | | | | | (11,000) | (11,000) | (11,000) | (16,000) |
| Other | | (5,000) | (5,000) | (5,000) | (5,000) | (10,000) | (30,000) | (10,000) | (10,000) | (10,000) | (10,000) | (40,000) | (10,000) | (10,000) | (10,000) | (30,000) | (100,000) |
| DIP Interest | | | | | | | | (457) | | | | (457) | (1,676) | | | (1,676) | (2,133) |
| Total Disbursements | (40,000) | (514,230) | (397,087) | (559,263) | (115,277) | (529,637) | (2,115,496) | (378,016) | (434,468) | (121,409) | (446,969) | (1,380,864) | (282,535) | (467,969) | (112,809) | (843,314) | (4,379,674) |
| Transition Svcs Receipts and Disbursements | | | | | | | | | | | | | | | | | |
| Est Deposits - Transition Svcs | | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 275,000 | 55,000 | 55,000 | 55,000 | 55,000 | 220,000 | 55,000 | 55,000 | 55,000 | 165,000 | 660,000 |
| Payment from Parent for Transition | | 175,000 | | | | | 175,000 | 75,000 | | | | 75,000 | 75,000 | | | 75,000 | 325,000 |
| Transition Disbursements - Pre-Petition | | | | | | | | | | | | | | | | | |
| Payroll | | (30,350) | | | | | (30,350) | | | | | | | | | | (30,350) |
| 401k contribution | | (6,000) | | (6,000) | | | (12,000) | | | | | | | | | | (12,000) |
| 1099 Payroll | | | | | | | | | | | | | | | | | |
| Check run | | | | | | | | | | | | | | | | | |
| Rent & Electricity | | (24,000) | | | | | (24,000) | | | | | | | | | | (24,000) |
| Transition Disbursements - Post-Petition | | | | | | | | | | | | | | | | | |
| Payroll | | (45,440) | | (75,790) | | (75,790) | (197,020) | | (75,790) | | (75,790) | (151,580) | | (75,790) | | (75,790) | (424,390) |
| 401k contribution | | | | (4,500) | | (4,500) | (9,000) | | (4,500) | | (4,500) | (9,000) | | (4,500) | | (4,500) | (22,500) |
| 1099 Payroll | | | | | | | | | | | | | | | | | |
| Check run | | | | | | | | | | | | | | | | | |
| Rent & Electricity | | (18,000) | (24,000) | (32,000) | (24,000) | (32,000) | (130,000) | (24,000) | (32,000) | (24,000) | (32,000) | (112,000) | (24,000) | (32,000) | (24,000) | (80,000) | (322,000) |
| | | (14,840) | | (14,840) | | (14,840) | (29,680) | | (14,840) | | (14,840) | (14,840) | | | | | (44,320) |
| Total Transition Svcs | | $1,370 | 31,000 | ($63,290) | 31,000 | ($72,130) | $17,950 | 106,000 | ($57,290) | 31,000 | ($72,130) | $7,580 | 106,000 | ($57,290) | 31,000 | $79,710 | $105,240 |
| Net Cash Flow | $190,000 | ($166,700) | ($129,927) | ($377,643) | $140,633 | ($356,857) | ($910,496) | $22,894 | ($223,098) | $148,251 | ($242,439) | ($294,394) | $67,125 | ($286,599) | $176,851 | ($22,624) | ($1,037,514) |
| Required DIP Borrowings | | | | 158,721 | 18,088 | 374,946 | | 352,052 | 575,151 | 426,901 | 669,340 | 669,340 | 582,215 | 868,814 | 691,964 | 691,964 | 691,964 |
| Cash at End of Week | $535,550 | $348,850 | $218,922 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

30 Day LIBOR as of 9/22/10  0.260%
Annual Interest Rate  4.000%