# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BNA SUBSIDIARIES, LLC[1] | : Case No. 10-13087 (BLS) |
| | : |
| Debtor. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


# STATEMENT OF FINANCIAL AFFAIRS

---

[1] The last four digits of the Debtor's federal tax identification number are 5412.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :   Chapter 11
                                              :
BNA SUBSIDIARIES, LLC[1]                       :   Case No. 10-13087 (BLS)
                                              :
                                              :
                Debtor.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STATEMENT OF FINANCIAL AFFAIRS DECLARATION UNDER PENALTY OF PERJURY OF BRADFORD SMITH, ON BEHALF OF THE COMPANY

I, Bradford Smith, Chief Operating Officer of BNA Subsidiaries, LLC, the above-captioned debtor and debtor in possession (the "Debtor"), declare under penalty of perjury that I have reviewed the Debtor's Statement of Financial Affairs and the Global Notes and Statement of Limitations, Methodology And Disclaimer Regarding Debtor's Statements of Financial Affairs and Schedules of Assets and Liabilities, and that they are true and correct to the best of my knowledge, information, and belief.

Although every effort has been made to make the Statement of Financial Affairs accurate and complete, because of the magnitude and complexity of the task, inadvertent errors or omissions may exist.

Dated: October 22, 2010

_____
Bradford Smith
Chief Operating Officer

---

[1] The last four digits of the Debtor's federal tax identification number are 5412.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
               :

In re:               :    Chapter 11
               :

BNA SUBSIDIARIES, LLC[1],  :    Case No. 10-13087 (BLS)
               :

       Debtor.      :
               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S STATEMENTS OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES

The Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules and Statements") filed herewith by the debtor and debtor in possession in the above-captioned case (the "Debtor") were prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor and are unaudited. While the Debtor's management has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. The Schedules and Statements remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. Except as noted in the Schedules and Statements, all asset data is reported as of the close of business on September 11, 2010 and liability data as of the close of business on September 11, 2010. The Debtor has used its best efforts to compile the information set forth in the Schedules and Statements from its books and records maintained in the ordinary course of its business. The Debtor reserves its right to amend its Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Statements of Financial Affairs and Schedules of Assets and Liabilities (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

      1.   Description of the Case. On September 23, 2010, the Debtor filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for reorganization under Chapter 11 of title 11, United States Code (as amended, the "Bankruptcy Code") under Case Number 10-13087 (BLS), and an order for relief was entered by the Bankruptcy Court. The Debtor currently is operating its business as debtor in possession under the Bankruptcy Code.

---

[1]   The last four digits of the Debtor's federal tax identification number are 5412.

2.     Basis of Presentation.  The Schedules and Statements are unaudited and reflect the Debtor's best efforts to report its assets and liabilities.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to fully reconcile to the financial statements prepared by the Debtor.

3.     Summary of Significant Reporting Policies.  The Schedules and Statements have been signed by Bradford Smith, the Chief Operating Officer and Executive President of the Debtor.  In reviewing and signing the Schedules and Statements, Mr. Smith has necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel and management located at the Debtor's office locations.  Mr. Smith has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.  The Debtor made its best effort to report asset, liability, disbursement and other information on the Debtor's Schedules and Statements.

In addition, the Debtor adopted the following conventions in the preparation of the Schedules and Statements:

(a)     Reporting Date.  Assets reported in the Debtor's Schedules and Statements are prepared as of the close of business on September 11, 2010, unless otherwise noted.  Liabilities are reported in the Debtor's Schedules and Statements as of the close of business on September 11, 2010, unless otherwise noted.

(b)     Book Value.  Each asset and liability of the Debtor is shown on the basis of the book value of the asset or liability in the Debtor's accounting books and records, unless otherwise noted, rather than the current market values, of such interests in property and/or liabilities.

(c)     Causes of Action.  The Debtor has not set forth all causes of action against all third parties as assets in its Schedules and Statements.  The Debtor reserves all of its rights with respect to any causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(d)     Executory Contracts.  The Debtor has not set forth executory contracts as assets in their Schedules and Statements.  The Debtor's executory contracts have been set forth in Schedule G.

(e)     Property and equipment - owned.  Unless otherwise noted, owned property and equipment are stated at net book value.  The estimated useful lives for the Debtor's assets are up to ten (10) years for other fixtures and equipment and 39 years for real property.  Leasehold improvements are depreciated over the life of the lease.  For tax reporting purposes, all assets were recorded using accelerated methods of depreciation.  Inasmuch as the Debtor calculates depreciation and amortization monthly, the Schedules and Statements reflect monthly depreciation and amortization through September 11, 2010.

(f)     Property and equipment - leased.  In the ordinary course of its business, the Debtor leases equipment and computer software from certain third-party lessors for

use in the daily operations of its business.  Any such leases are set forth in the Debtor's Schedule G.  Nothing in the Schedules and Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to any of such issues.

(g)     Payments to Creditors and Insiders.  On Statement of Financial Affairs 3C, the Debtor has not scheduled payments made to employees who may be deemed officers where the employees function in a purely ministerial role, have no material inside information and are not executive officers.

(h)     Intercompany Receivables and Payables.  As more fully described in the Cash Management Motion [Docket No. 5],[2] the Debtor engages in intercompany transactions with its parent, The Bureau of National Affairs, Inc. ("BNA") and a non-debtor subsidiary of BNA, McArdle Printing Company, Inc. ("McArdle").  Outstanding receivables, if any, to the Debtor on account of intercompany transactions with the BNA and McArdle are scheduled on Schedule B16 as net receivables and corresponding outstanding payables are listed on Schedule F as net payables.  The outstanding payable to BNA on Schedule F is an estimate as of September 11, 2010.  The listing of these amounts shall not be construed as an admission of the characterization of such balances (as debt, equity or otherwise).  Additionally, certain of these intercompany balances may be disputed, and any amounts listed should not be considered an admission as to their validity.

(i)     Financial Statements.  The Debtor is a privately held limited liability company whose membership interests are not publicly traded.  BNA, the Debtor's parent, has been an SEC registrant since 1973 as a result of its publicly traded stock and, therefore, its financial statements are publicly available on the SEC's Edgar Database.  None of BNA's affiliates, including the Debtor, issue financial statements to third parties.

(j)     Schedule E.

(i)     The Bankruptcy Court has entered an order (the "Tax Order") [Docket No. 27] authorizing the Debtor to pay all prepetition sales, use, personal property, franchise and foreign taxes in the ordinary course of business up to an aggregate amount of $77,805.  Pursuant to the Tax Order, the Debtor believes that all claims for prepetition taxes either have been satisfied or will be satisfied in the ordinary course of business.  The Debtor has attempted to reflect these payments on Schedule E.

(k)     Schedule F.

(i)     The descriptions provided in Schedule F are intended only to be a summary.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such claims.  The claims of individual creditors for, among other things, goods, services or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor.  The Debtor

---

[2] Capitalized terms not defined in this subsection shall have the meanings ascribed to them in the Cash Management Motion.

reserves all of its rights respecting such credits and allowances. The dollar amounts listed may be exclusive of contingent and unliquidated amounts. The Debtor expressly incorporates by reference into Schedule F all parties to pending and potential litigation listed in the Debtor's Statements as contingent, unliquidated and disputed claims to the extent not already listed on Schedule F. All parties to executory contracts, including those listed on Schedule G, are holders of contingent and unliquidated unsecured claims arising from (i) obligations under those executory contracts and/or (ii) rejection damages in the event that such executory contract is rejected. Not all such claims are duplicated on Schedule F.

        (l)    <u>Schedule G</u>.

        (i)    While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

        (ii)    The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Schedule G does not include stand alone purchase orders for goods or equipment, nondisclosure agreements, or agreements with independent contractors or freelance writers. Additionally, the Debtor may be a party to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous agreements. Such documents are not set forth in Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements.

        (iii)    The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G.

        (m)    <u>Statement of Financial Affairs</u>. Question 3C in the statement of financial affairs requests information regarding payments to insiders. The Debtor has listed travel reimbursement, relocation, and payroll related payments to its insiders who serve as the Debtor's officers or directors (and not also BNA officers or directors) in response to question 3C. The Debtor has not scheduled payments to officers and directors of the Debtor who primarily serve as an officer and/or director of BNA. The compensation paid to these individuals is paid by BNA and not separately allocated to the Debtor.

Before the Petition Date, the intercompany transactions between the Debtor and BNA consisted of, among other things, ledger entries recorded to track the Debtor's cash receipts and BNA's funding of the Debtor's Operating Accounts[3] along with BNA's payment of certain direct costs, including legal fees for litigation involving the Debtor. On Statement of Financial Affairs 3C, the Debtor has listed the estimated aggregate amount of cash swept by BNA in the year prior to the Petition Date as well as the payments made by BNA to the Debtor or on the Debtor's behalf. In addition to intercompany transactions between the Debtor and BNA, the Debtor also engages in intercompany transactions with non-debtor subsidiaries of BNA (the "Non-Debtor Subsidiaries"). The intercompany transactions between certain Non-Debtor Subsidiaries and the Debtor are recorded on the applicable books of the Debtor and the applicable Non-Debtor Subsidiary. Payments or accounting entries by the Debtor, as applicable, on account of intercompany transactions between the Debtor and the Non-Debtor Subsidiaries are reflected in response to question 3C.

4.    Claims. The Debtor's Schedules list creditors and set forth the Debtor's estimate of the amount of the claims of creditors as of the close of business on September 23, 2010, except as set forth below. Payments have been made subsequently to certain claimants pursuant to Bankruptcy Court first day or other orders in the Debtor's case. The Bankruptcy Court has authorized the Debtor to continue certain customer practices and programs; to pay, among other things, (i) prepetition sales, use, personal property, and other taxes; (ii) certain prepetition shipping and related charges; and (iii) certain prepetition critical vendors. The Debtor has attempted to reflect these subsequent payments in the Schedules and Statements, but the actual unpaid claims of creditors may differ from the amounts set forth in the Schedules and Statements.

5.    Employee Claims. The Bankruptcy Court entered orders (the "Employee Wages Orders") [Docket Nos. 24 and 71] granting authority to the Debtor to pay: (1) prepetition employee wages, salaries, benefits, and other obligations (collectively, the "Wages") and certain commission and severance payments to current and former employees and independent contractors (collectively, the "Employees/Other Workers"). Pursuant to such Employee Wages Orders, the Debtor believes that, other than claims for accrued paid time off which are paid in the ordinary course of business, any employee claims of the Employees/Other Workers for prepetition amounts, either have been satisfied or are in the process of being satisfied. Accordingly, claims for Wages of Employees/Other Workers for amounts owing as of the end of the day on September 23, 2010 that have been paid or that are intended to be paid have not been included in the Schedules and Statements. The Debtor has listed the aggregate amount of accrued paid time off owed to Employees as of the Petition Date on Schedule E.

6.    Disputed, Contingent, and/or Unliquidated Claims. Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature,

---

[3] Capitalized terms not defined in this subsection shall have the meanings ascribed to them in the Cash Management Motion.

amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.

7.    <u>Insurance</u>. BNA maintains general liability insurance policies, and various other insurance policies, on behalf of the Debtor, and therefore, such policies are not listed on Schedule G.

8.    <u>Global Notes Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

In re: BNA SUBSIDIARIES, LLC                                    Case No.: 10-13087

## 1.    INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐      of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the
beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the
**two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the
basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and the ending dates
of the debtor's fiscal year).

| AMOUNT | PERIOD | SOURCE (if more than one) |
|---|---|---|
| $23,154,540.00 | 01/01/09 - 12/31/09 | REVENUE* |
| $9,122,771.00 | 01/01/10 - 09/11/10 | REVENUE** |

*In 2009, the Debtor generated revenues of $23,154,540 but incurred a net operating loss of approximately $1,820,427.

**From January 1, 2010 through October 9, 2010, the Debtor generated revenues of $10,332,849.

In re:  BNA SUBSIDIARIES, LLC                                    Case No.: 10-13087

## 2.    INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

**None**  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the

[X]   debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.

| AMOUNT | PERIOD | SOURCE |
| --- | --- | --- |

In re:  BNA SUBSIDIARIES, LLC                                     Case No:  10-13087

## 3.    PAYMENTS TO CREDITORS

**Complete a. or b., as appropriate and c.**

None
[X]
a.    Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on an account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

In re:  BNA SUBSIDIARIES, LLC                                     Case No:  10-13087

## 3.    PAYMENTS TO CREDITORS

None  b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within
☐     **90** days immediately preceding the commencement of the case if the aggregate value of all property that constitutes
      or is affected by such transfer is not less than $5,850.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | **SEE ATTACHED.** | | |

**In re: BNA SUBSIDIARIES, LLC**

**Case No.: 10-13087**

| Creditor | Check #/Wire | Date | Amount | |
|---|---|---|---|---|
| ADICIO | 996955 | 06/24/10 | $3,666.67 | |
| 2382 FARADAY AVE., SUITE 350 | 997088 | 07/29/10 | $3,666.67 | |
| CARLSBAD CA 92008 | 997186 | 08/26/10 | $3,666.67 | |
| Creditor Id: 14636 | | | | |
| Vendor Id: 01609 | | | **Total:** | **$11,000.01** |
| AMERICAN EXPRESS | 063279 | 07/01/10 | $1,379.67 | |
| LEGAL DEPT | 063314 | 07/07/10 | $1,438.83 | |
| PO BOX 360001 | 997007 | 07/08/10 | $2,174.33 | |
| FT LAUDERDALE FL 33336-0001 | 997118 | 08/05/10 | $33,815.82 | |
| Creditor Id: 14652 | 063530 | 08/19/10 | $1,270.73 | |
| Vendor Id: 02008 | 063571 | 09/02/10 | $4,703.54 | |
| | 997200 | 09/02/10 | $845.20 | |
| | | | **Total:** | **$45,628.12** |
| ANTHEM BLUE CROSS/BLUE SHIELD | 996987 | 07/01/10 | $38,438.43 | |
| PO BOX 11007 | 997090 | 07/29/10 | $34,608.30 | |
| LEWISTON ME 04243-9458 | 997201 | 09/02/10 | $35,505.22 | |
| Creditor Id: 14666 | | | | |
| Vendor Id: 00058 | | | **Total:** | **$108,551.95** |
| BARANSZKY, CRANDALL & ASSOC. | 996958 | 06/24/10 | $33,000.00 | |
| 250 WEST 93RD ST APT 11C | 997038 | 07/14/10 | $35,000.00 | |
| NEW YORK NY 10025 | 997091 | 07/29/10 | $33,000.00 | |
| Creditor Id: 14676 | 997142 | 08/05/10 | $42,000.00 | |
| Vendor Id: 01568 | 997176 | 08/26/10 | $33,000.00 | |
| | 997199 | 08/31/10 | $52,000.00 | |
| | | | **Total:** | **$228,000.00** |
| CONTEGRA SYSTEMS INC | 063490 | 08/10/10 | $2,550.00 | |
| 200 MAMARONECK AVENUE | 063514 | 08/19/10 | $2,550.00 | |
| WHITE PLAINS NY 10601 | 063591 | 09/02/10 | $2,550.00 | |
| Creditor Id: 14733 | | | | |
| Vendor Id: PF-CSI | | | **Total:** | **$7,650.00** |
| CROSS COUNTRY COMPUTER CORP | 063281 | 07/01/10 | $8,700.00 | |
| 570 SOUTH RESEARCH PLACE | 063318 | 07/07/10 | $3,850.00 | |
| CENTRAL ISLIP NY 11722-4415 | 063351 | 07/14/10 | $1,500.00 | |
| Creditor Id: 14738 | 063484 | 08/10/10 | $4,600.00 | |
| Vendor Id: CROSSC | 063510 | 08/19/10 | $1,500.00 | |
| | | | **Total:** | **$20,150.00** |
| FAIRFAX EMBASSY ROW, THE | 063556 | 08/20/10 | $47,010.96 | |
| 2100 MASSACHUSETTS AVE, NW | | | | |
| WASHINGTON DC 20008 | | | **Total:** | **$47,010.96** |
| Creditor Id: 15033 | | | | |
| Vendor Id: FAIRFAX | | | | |
| FC FACILITATOR LLC | 063535 | 08/19/10 | $8,970.19 | |
| FOREST CITY RNTERPRISES | | | | |
| 50 PUBLIC SQUARE | | | **Total:** | **$8,970.19** |
| CLEVELAND OH 44113-2217 | | | | |
| Creditor Id: 14790 | | | | |
| Vendor Id: FC FACILIR | | | | |
| GOOGLE INC. | 996968 | 06/24/10 | $2,222.21 | |
| DEPT 33654 | 997098 | 07/29/10 | $4,266.65 | |
| PO BOX 39000 | 997190 | 08/26/10 | $4,684.42 | |
| SAN FRANCISCO CA 94139-3564 | | | | |
| Creditor Id: 14819 | | | **Total:** | **$11,173.28** |
| Vendor Id: 00866 | | | | |
| GRAPHIC ARTS BENEFIT CORP | 063294 | 07/01/10 | $16,194.11 | |
| 6411 IVY LANE, SUITE 700 | 063330 | 07/07/10 | $718.10 | |
| GREENBELT MD 20770-1411 | 063386 | 07/22/10 | $16,194.11 | |
| Creditor Id: 14820 | 063491 | 08/10/10 | $718.10 | |
| Vendor Id: PF-GABC | 063517 | 08/19/10 | $16,194.11 | |
| | | | **Total:** | **$50,018.53** |

**In re: BNA SUBSIDIARIES, LLC**　　　　　　　　　　　　　　　**Case No.: 10-13087**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| GREEN 28W44 LLC | 996969 | 06/24/10 | $5,101.89 |
| PO BOX 823389 | 997018 | 07/08/10 | $1,020.71 |
| PHILADELPHIA PA 19182-3389 | 997099 | 07/29/10 | $5,155.51 |
| Creditor Id: 14822 | 997178 | 08/26/10 | $5,155.51 |
| Vendor Id: 01849 | 997207 | 09/02/10 | $5,155.51 |
| | | **Total:** | **$21,589.13** |
| HARRY WALKER AGENCY, INC, THE | 063502 | 08/10/10 | $7,500.00 |
| 355 LEXINGTON AVENUE, 21ST FLR | 063583 | 09/02/10 | $8,750.00 |
| NEW YORK NY 10017 | | | |
| Creditor Id: 15035 | | | |
| Vendor Id: HARRYWALK | | **Total:** | **$16,250.00** |
| HILTON NEW ORLEANS RIVERSIDE | 996993 | 07/01/10 | $67,741.67 |
| TWO POYDRAS ST. | | | |
| NEW ORLEANS LA 70140 | | **Total:** | **$67,741.67** |
| Creditor Id: 14831 | | | |
| Vendor Id: 02567 | | | |
| ICN | 996971 | 06/24/10 | $616.02 |
| 2900 NEW ROGERS ROAD | 997046 | 07/15/10 | $703.42 |
| BRISTOL PA 19007-1606 | 997077 | 07/22/10 | $1,611.90 |
| Creditor Id: 14841 | 997127 | 08/05/10 | $1,546.42 |
| Vendor Id: 01378 | 997151 | 08/12/10 | $287.50 |
| | 997191 | 08/26/10 | $912.67 |
| | 997211 | 09/02/10 | $1,457.19 |
| | | **Total:** | **$7,135.12** |
| LAKE GROUP MEDIA, INC. | 063420 | 08/03/10 | $11,900.22 |
| 1 BYRAM BROOK PLACE | WIRE | 09/20/10 | $700.00 |
| ARMONK NY 10504 | | | |
| Creditor Id: 14886 | | **Total:** | **$12,600.22** |
| Vendor Id: NAMES | | | |
| LANE PRESS | WIRE | 07/14/10 | $4,972.01 |
| PO BOX 130 | 997153 | 08/12/10 | $12,015.18 |
| BURLINGTON VT 05402 | WIRE | 08/23/10 | $5,722.96 |
| Creditor Id: 14888 | | | |
| Vendor Id: 00272 | | **Total:** | **$22,710.15** |
| MERRILL LYNCH | WIRE | 09/16/10 | $10,926.17 |
| GROUP EMPLOYEE SERVICES | | | |
| PO BOX 30951 | | **Total:** | **$10,926.17** |
| NEW BRUNSWICK NJ 08989-0951 | | | |
| Creditor Id: 14930 | | | |
| Vendor Id: MERLYN | | | |
| MONSTER WORLDWIDE | 997026 | 07/08/10 | $7,604.80 |
| REVENUE SHARE | 997131 | 08/05/10 | $7,577.50 |
| 7800 W. BROWN DEER RD | 997212 | 09/02/10 | $6,856.12 |
| MILWAUKEE WI 53223 | | | |
| Creditor Id: 14947 | | **Total:** | **$22,038.42** |
| Vendor Id: 00322 | | | |
| NAI THE MICHAEL COMPANIES, INC | 063296 | 07/01/10 | $5,206.59 |
| 10100 BUSINESS PARKWAY | 063398 | 07/22/10 | $5,206.59 |
| LANHAM MD 20706 | 063597 | 09/02/10 | $5,206.59 |
| Creditor Id: 14952 | | | |
| Vendor Id: PF-NAI | | **Total:** | **$15,619.77** |
| OXFORD HEALTH PLANS | 063287 | 07/01/10 | $29,838.76 |
| PO BOX 26973 | 063462 | 08/04/10 | $22,447.28 |
| GENERAL POST OFFICE | 063586 | 09/02/10 | $28,628.81 |
| NEW YORK NY 10087-6973 | | | |
| Creditor Id: 14978 | | **Total:** | **$80,914.85** |
| Vendor Id: OXFORD | | | |

**In re: BNA SUBSIDIARIES, LLC**

**Case No.: 10-13087**

| Creditor | Check #/Wire | Date | Amount | |
|---|---|---|---|---|
| PC CONNECTION | 996977 | 06/24/10 | $1,200.45 | |
| PO BOX 4520 | 996997 | 07/01/10 | $738.97 | |
| WOBURN MA 01888-4520 | 997029 | 07/08/10 | $131.11 | |
| Creditor Id: 14990 | 997053 | 07/15/10 | $881.84 | |
| Vendor Id: 00364 | 997132 | 08/05/10 | $35.88 | |
| | 997156 | 08/12/10 | $2,109.37 | |
| | 997165 | 08/19/10 | $1,001.42 | |
| | 997180 | 08/26/10 | $1,189.67 | |
| | 997230 | 09/08/10 | $591.00 | |
| | | **Total:** | | **$7,879.71** |
| PHOENIX LANE LLC | 996978 | 06/24/10 | $25,710.50 | |
| VEAR COMMERCIAL PROPERTIES INC | 996998 | 07/01/10 | $964.23 | |
| 456 WEST HOLLIS ST. | 997109 | 07/29/10 | $25,710.50 | |
| NASHUA NH 03062-1320 | 997181 | 08/26/10 | $26,999.70 | |
| Creditor Id: 14997 | | | | |
| Vendor Id: 01053 | | **Total:** | | **$79,384.93** |
| PILGRIM PARTNERS | 996979 | 06/24/10 | $720.00 | |
| PAUL JOHNSTON | 997054 | 07/15/10 | $15,000.00 | |
| 8 PILGRIM CIRCLE | 997079 | 07/22/10 | $12,000.00 | |
| WELLESLEY HILLS MA 02481 | 997239 | 09/17/10 | $5,700.00 | |
| Creditor Id: 14998 | | | | |
| Vendor Id: 01458 | | **Total:** | | **$33,420.00** |
| PITNEY BOWES PURCHASE POWER | WIRE | 07/27/10 | $6,000.00 | |
| PO BOX 856042 | | | | |
| LOUISVILLE KY 40285-6042 | | **Total:** | | **$6,000.00** |
| Creditor Id: 15001 | | | | |
| Vendor Id: 00374 | | | | |
| REAL MAGNET E-MAIL MARKETING | 063442 | 08/03/10 | $6,970.86 | |
| 4853 CORDELL AVENUE PH 11 | 063527 | 08/19/10 | $4,769.89 | |
| BETHESDA MD 20814 | | | | |
| Creditor Id: 14570 | | **Total:** | | **$11,740.75** |
| Vendor Id: REALMA | | | | |
| RICOH AMERICAS CORPORATION | 063298 | 07/01/10 | $839.83 | |
| PO BOX 4245 | 063431 | 08/03/10 | $839.83 | |
| CAROL STREAM IL 60197-4245 | 063519 | 08/19/10 | $4,250.00 | |
| Creditor Id: 14581 | | | | |
| Vendor Id: PF-RAC | | **Total:** | | **$5,929.66** |
| TYSON ASSOCIATES, INC. | 996983 | 06/24/10 | $2,529.32 | |
| 246 FEDERAL RD., UNIT D23 | 997113 | 07/29/10 | $2,525.44 | |
| BROOKFIELD CT 06804 | 997195 | 08/26/10 | $2,527.75 | |
| Creditor Id: 15053 | | | | |
| Vendor Id: 01357 | | **Total:** | | **$7,582.51** |
| UNITED PARCEL SERVICE | 996984 | 06/24/10 | $911.73 | |
| SHIPPER # 290705 | 063300 | 07/01/10 | $79.16 | |
| PO BOX 7247-0244 | 063334 | 07/07/10 | $60.65 | |
| PHILADELPHIA PA 19170-0001 | 997065 | 07/15/10 | $860.98 | |
| Creditor Id: 15059 | 997066 | 07/15/10 | $314.07 | |
| Vendor Id: PF-UPS | 997085 | 07/22/10 | $5,036.22 | |
| | 997114 | 07/29/10 | $1,556.31 | |
| | 063434 | 08/03/10 | $120.94 | |
| | 063469 | 08/04/10 | $143.06 | |
| | 997138 | 08/05/10 | $875.25 | |
| | 997160 | 08/12/10 | $810.65 | |
| | 063520 | 08/19/10 | $99.28 | |
| | 063547 | 08/19/10 | $182.06 | |
| | 997171 | 08/19/10 | $629.63 | |
| | 997196 | 08/26/10 | $619.52 | |
| | 063600 | 09/02/10 | $435.95 | |
| | 997235 | 09/08/10 | $928.84 | |
| | 063634 | 09/17/10 | $45.26 | |
| | 063634 | 09/17/10 | $24.19 | |
| | | **Total:** | | **$13,733.75** |

**In re: BNA SUBSIDIARIES, LLC**

**Case No.: 10-13087**

| Creditor | Check #/Wire | Date | Amount | |
|---|---|---|---|---|
| UNITED STATES POSTAL SERVICE | 063406 | 07/23/10 | $6,000.00 | |
| PO BOX 7247-0255 | 063524 | 08/19/10 | $9,800.00 | |
| PHILADELPHIA PA 19170-0255 | | | | |
| Creditor Id: 15061 | | | **Total:** | **$15,800.00** |
| Vendor Id: PF-USPS | | | | |
| VANTAGE COMMUNICATIONS | 063340 | 07/07/10 | $3,853.50 | |
| 370 SCOTCH ROAD | 063529 | 08/19/10 | $3,814.44 | |
| EWING NJ 08628 | | | | |
| Creditor Id: 15072 | | | **Total:** | **$7,667.94** |
| Vendor Id: VANCOM | | | | |
| VENETIAN CASINO RESORT LLC | 063615 | 09/02/10 | $18,737.95 | |
| ATTN: ACCOUNTING DEPT | | | | |
| 3355 LAS VEGAS BLVD SOUTH | | | **Total:** | **$18,737.95** |
| LAS VEGAS NV 89109 | | | | |
| Creditor Id: 15074 | | | | |
| Vendor Id: VENETIAN | | | | |
| VERTEX | 063616 | 09/02/10 | $16,880.00 | |
| PO BOX 7777 | | | | |
| PHILADELPHIA PA 19175-0248 | | | **Total:** | **$16,880.00** |
| Creditor Id: 15083 | | | | |
| Vendor Id: VERTEX | | | | |
| WASHINGTON PARK FIDELCO LLC | 063284 | 07/01/10 | $26,080.00 | |
| 1 WASHINGTON PARK, 14TH FL | 063396 | 07/22/10 | $26,060.00 | |
| NEWARK NJ 07102 | 063581 | 09/02/10 | $26,080.00 | |
| Creditor Id: 15091 | | | | |
| Vendor Id: FIDELCO | | | **Total:** | **$78,220.00** |
| WORLDATA | 063481 | 08/05/10 | $3,287.47 | |
| 3000 N.MILITARY TRAIL | WIRE | 09/20/10 | $6,811.00 | |
| BOCA RATON FL 33431-6321 | | | | |
| Creditor Id: 15097 | | | **Total:** | **$10,098.47** |
| Vendor Id: WORLDATA | | | | |
| YURCHAK PRINTING INC | 063303 | 07/01/10 | $4,714.13 | |
| 920 LINKS AVENUE | 063335 | 07/07/10 | $1,418.60 | |
| LANDISVILLE PA 17538 | 063388 | 07/22/10 | $4,687.27 | |
| Creditor Id: 15101 | 063470 | 08/04/10 | $5,237.82 | |
| Vendor Id: PF-YPI | 063496 | 08/10/10 | $5,096.82 | |
| | 063504 | 08/10/10 | $1,589.32 | |
| | 063557 | 08/20/10 | $2,785.38 | |
| | 063602 | 09/02/10 | $5,845.42 | |
| | | | **Total:** | **$31,374.76** |
| | | | **Total:** | **$1,160,128.97** |

**In re:  BNA SUBSIDIARIES, LLC**                              **Case No:  10-13087**

---

### 3.     PAYMENTS TO CREDITORS

None

☐

c.   All debtors: List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.

---

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### SEE ATTACHED.

The following are officers and/or directors of The Bureau of National Affairs, Inc. ( "BNA") that also serve as officers BNA Subsidiaries, LLC; Robert P. Ambrosini, Cynthia J. Bolbach, Eunice Lin Bumgardner, Gilbert S. Lavine, Gregory C. McCaffery, and Paul N. Wojcik.  Since the compensation paid to these individuals is paid by BNA and not separately allocated to the Debtor, the Debtor has not included their compensation herein.

Prior to the Petition Date, the Debtor's cash was swept daily by its parent, BNA.  During the period from September 13, 2009 to September 23, 2010, BNA swept approximately $9,953,483 of the Debtor's cash.  In that same period, BNA made payments to the Debtor to fund its accounts or on the Debtor's behalf in the amount of approximately $12,566,491.

.

In re: **BNA SUBSIDIARIES, LLC**                                    Case No.: **10-13087**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| BREMNER, JOSEPH P. | 400075 | 10/02/09 | $9,500.00 | REGULAR COMPENSATION |
| PRESIDENT AND CEO | 996034 | 10/09/09 | $5,238.26 | EXPENSE REIMBURSEMENT |
| 1 PHOENIX MILL LANE | 420064 | 10/16/09 | $9,500.00 | REGULAR COMPENSATION |
| FLOOR 3 | 996062 | 10/23/09 | $1,350.39 | EXPENSE REIMBURSEMENT |
| PETERBOROUGH NH 03458 | 440072 | 10/30/09 | $9,500.00 | REGULAR COMPENSATION |
| Creditor Id: 14868 | 460063 | 11/13/09 | $9,500.00 | REGULAR COMPENSATION |
| Vendor Id: 01301 | 480070 | 11/25/09 | $9,500.00 | REGULAR COMPENSATION |
| | 996219 | 12/02/09 | $4,513.85 | EXPENSE REIMBURSEMENT |
| | CHECK | 12/11/09 | $12,006.96 | MISCELLANEOUS PAYMENT |
| | CHECK | 12/11/09 | $9,500.00 | REGULAR COMPENSATION |
| | 520071 | 12/24/09 | $9,500.00 | REGULAR COMPENSATION |
| | 10056 | 01/08/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996329 | 01/08/10 | $2,793.65 | EXPENSE REIMBURSEMENT |
| | 30065 | 01/22/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996393 | 01/22/10 | $2,417.06 | EXPENSE REIMBURSEMENT |
| | 50055 | 02/05/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996473 | 02/12/10 | $1,931.62 | EXPENSE REIMBURSEMENT |
| | 70064 | 02/19/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996541 | 03/04/10 | $2,675.43 | EXPENSE REIMBURSEMENT |
| | 90057 | 03/05/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996563 | 03/11/10 | $3,346.68 | EXPENSE REIMBURSEMENT |
| | 110066 | 03/19/10 | $9,500.00 | REGULAR COMPENSATION |
| | 130058 | 04/02/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996706 | 04/15/10 | $1,139.51 | EXPENSE REIMBURSEMENT |
| | 150064 | 04/16/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996760 | 04/29/10 | $3,832.34 | EXPENSE REIMBURSEMENT |
| | 160056 | 04/30/10 | $9,500.00 | REGULAR COMPENSATION |
| | 190069 | 05/14/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996844 | 05/20/10 | $1,101.49 | EXPENSE REIMBURSEMENT |
| | 996866 | 05/27/10 | $1,989.57 | EXPENSE REIMBURSEMENT |
| | 210059 | 05/28/10 | $9,500.00 | REGULAR COMPENSATION |
| | 230068 | 06/11/10 | $9,500.00 | REGULAR COMPENSATION |
| | 996960 | 06/24/10 | $3,916.54 | EXPENSE REIMBURSEMENT |
| | 250061 | 06/25/10 | $9,500.00 | REGULAR COMPENSATION |
| | 270070 | 07/09/10 | $9,500.00 | REGULAR COMPENSATION |
| | 997070 | 07/22/10 | $1,194.68 | EXPENSE REIMBURSEMENT |
| | 290059 | 07/23/10 | $9,500.00 | REGULAR COMPENSATION |
| | 997093 | 07/29/10 | $2,130.29 | EXPENSE REIMBURSEMENT |
| | 997122 | 08/05/10 | $2,133.68 | EXPENSE REIMBURSEMENT |
| | 310069 | 08/06/10 | $9,500.00 | REGULAR COMPENSATION |
| | 330061 | 08/20/10 | $9,500.00 | REGULAR COMPENSATION |
| | 350071 | 09/03/10 | $9,500.00 | REGULAR COMPENSATION |
| | 997222 | 09/08/10 | $3,360.63 | EXPENSE REIMBURSEMENT |
| | 370060 | 09/17/10 | $9,500.00 | REGULAR COMPENSATION |
| | 997244 | 09/20/10 | $3,250.88 | EXPENSE REIMBURSEMENT |
| | | | Total: | $307,323.51 |

In re: **BNA SUBSIDIARIES, LLC**                                   Case No.: **10-13087**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| MCARDLE PRINTING COMPANY, INC. | 061669 | 09/28/09 | $63,146.70 | PRINT SERVICES |
| 800 COMMERCE DRIVE | 061736 | 09/28/09 | $18,666.09 | PRINT SERVICES |
| UPPER MARLBORO MD 20774 | 061753 | 09/29/09 | $15,523.15 | PRINT SERVICES |
| Creditor Id: 14921 | 996015 | 10/09/09 | $30,347.03 | PRINT SERVICES |
| Vendor Id: MCARDL | 061800 | 10/14/09 | $13,991.72 | PRINT SERVICES |
| | 061859 | 10/21/09 | $9,727.26 | PRINT SERVICES |
| | 061945 | 10/28/09 | $15,771.05 | PRINT SERVICES |
| | 996094 | 10/30/09 | $1,885.12 | PRINT SERVICES |
| | 062041 | 11/13/09 | $34,486.71 | PRINT SERVICES |
| | 062085 | 11/20/09 | $25,461.78 | PRINT SERVICES |
| | 062123 | 12/01/09 | $6,341.66 | PRINT SERVICES |
| | 062144 | 12/08/09 | $9,519.74 | PRINT SERVICES |
| | 996257 | 12/11/09 | $14,960.12 | PRINT SERVICES |
| | 062219 | 12/16/09 | $31,372.99 | PRINT SERVICES |
| | 996281 | 12/17/09 | $34,789.11 | PRINT SERVICES |
| | 062290 | 12/23/09 | $9,775.08 | PRINT SERVICES |
| | 996310 | 12/24/09 | $2,405.41 | PRINT SERVICES |
| | 062349 | 01/11/10 | $19,815.23 | PRINT SERVICES |
| | 062394 | 01/14/10 | $8,869.33 | PRINT SERVICES |
| | 062410 | 01/20/10 | $7,856.03 | PRINT SERVICES |
| | 996401 | 01/22/10 | $51,051.10 | PRINT SERVICES |
| | 062448 | 01/29/10 | $36,111.76 | PRINT SERVICES |
| | 062477 | 02/09/10 | $10,862.17 | PRINT SERVICES |
| | 062543 | 02/18/10 | $8,256.83 | PRINT SERVICES |
| | 062624 | 02/26/10 | $8,379.03 | PRINT SERVICES |
| | 996529 | 02/26/10 | $16,556.61 | PRINT SERVICES |
| | 996550 | 03/04/10 | $15,973.06 | PRINT SERVICES |
| | 062660 | 03/08/10 | $8,806.57 | PRINT SERVICES |
| | 062726 | 03/16/10 | $8,200.55 | PRINT SERVICES |
| | 996598 | 03/18/10 | $15,922.47 | PRINT SERVICES |
| | 062785 | 03/24/10 | $29,231.05 | PRINT SERVICES |
| | 062844 | 03/31/10 | $6,379.08 | PRINT SERVICES |
| | 062874 | 04/01/10 | $9,776.89 | PRINT SERVICES |
| | 062893 | 04/07/10 | $9,710.88 | PRINT SERVICES |
| | 062916 | 04/15/10 | $7,877.74 | PRINT SERVICES |
| | 062937 | 04/16/10 | $9,393.97 | PRINT SERVICES |
| | 996748 | 04/22/10 | $34,520.41 | PRINT SERVICES |
| | 062987 | 04/23/10 | $8,838.63 | PRINT SERVICES |
| | 063029 | 05/06/10 | $7,905.70 | PRINT SERVICES |
| | 063071 | 05/13/10 | $9,592.98 | PRINT SERVICES |
| | 996829 | 05/13/10 | $12,578.74 | PRINT SERVICES |
| | 063105 | 05/20/10 | $9,521.00 | PRINT SERVICES |
| | 063132 | 05/24/10 | $9,907.99 | PRINT SERVICES |
| | 996877 | 05/27/10 | $5,989.49 | PRINT SERVICES |
| | 063158 | 06/04/10 | $26,221.12 | PRINT SERVICES |
| | 063215 | 06/17/10 | $9,760.95 | PRINT SERVICES |
| | 063286 | 07/01/10 | $8,072.01 | PRINT SERVICES |
| | 063324 | 07/07/10 | $6,405.22 | PRINT SERVICES |
| | 063342 | 07/07/10 | $618.14 | PRINT SERVICES |
| | 063361 | 07/14/10 | $7,405.10 | PRINT SERVICES |
| | 997050 | 07/15/10 | $6,728.69 | PRINT SERVICES |
| | 063381 | 07/22/10 | $19,960.82 | PRINT SERVICES |
| | 063417 | 08/03/10 | $5,590.97 | PRINT SERVICES |
| | 063487 | 08/10/10 | $7,621.30 | PRINT SERVICES |
| | 063585 | 09/02/10 | $17,815.29 | PRINT SERVICES |
| | | | **Total:** | **$842,255.62** |

In re:  **BNA SUBSIDIARIES, LLC**                                        Case No.:  10-13087

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| MILLER, ALAN B. INDEPENDENT DIRECTOR WEIL, GOTSHAL & MANGES 767 FIFTH AVENUE NEW YORK NY 10153 Creditor Id: 15106 Vendor Id: 02781 | WIRE | 09/21/10 | $10,750.00 | BOARD OF DIRECTOR FEE |
| | | | **Total:** | **$10,750.00** |
| MORIN, MICHELE VICE PRESIDENT 1 PHOENIX MILL LANE FLOOR 3 PETERBOROUGH NH 03458 Creditor Id: 14934 Vendor Id: 00842 | 400074 | 10/02/09 | $4,400.00 | REGULAR COMPENSATION |
| | 420063 | 10/16/09 | $4,400.00 | REGULAR COMPENSATION |
| | 440071 | 10/30/09 | $4,400.00 | REGULAR COMPENSATION |
| | 460062 | 11/13/09 | $4,400.00 | REGULAR COMPENSATION |
| | 480069 | 11/25/09 | $4,400.00 | REGULAR COMPENSATION |
| | 500068 | 12/11/09 | $4,400.00 | REGULAR COMPENSATION |
| | 520070 | 12/24/09 | $4,400.00 | REGULAR COMPENSATION |
| | 10055 | 01/08/10 | $4,400.00 | REGULAR COMPENSATION |
| | 30064 | 01/22/10 | $4,400.00 | REGULAR COMPENSATION |
| | 50057 | 02/05/10 | $4,400.00 | REGULAR COMPENSATION |
| | 70066 | 02/19/10 | $4,400.00 | REGULAR COMPENSATION |
| | 90059 | 03/05/10 | $4,400.00 | REGULAR COMPENSATION |
| | 110068 | 03/19/10 | $4,400.00 | REGULAR COMPENSATION |
| | 130060 | 04/02/10 | $4,400.00 | REGULAR COMPENSATION |
| | 150066 | 04/16/10 | $4,400.00 | REGULAR COMPENSATION |
| | 160058 | 04/30/10 | $4,400.00 | REGULAR COMPENSATION |
| | 190071 | 05/14/10 | $4,400.00 | REGULAR COMPENSATION |
| | 210061 | 05/28/10 | $4,400.00 | REGULAR COMPENSATION |
| | 230070 | 06/11/10 | $4,400.00 | REGULAR COMPENSATION |
| | 250063 | 06/25/10 | $4,400.00 | REGULAR COMPENSATION |
| | 997027 | 07/08/10 | $32.99 | EXPENSE REIMBURSEMENT |
| | 270072 | 07/09/10 | $4,400.00 | REGULAR COMPENSATION |
| | 290061 | 07/23/10 | $4,752.00 | REGULAR COMPENSATION |
| | 310071 | 08/06/10 | $4,576.00 | REGULAR COMPENSATION |
| | 330063 | 08/20/10 | $4,576.00 | REGULAR COMPENSATION |
| | 350073 | 09/03/10 | $4,576.00 | REGULAR COMPENSATION |
| | 370062 | 09/17/10 | $4,576.00 | REGULAR COMPENSATION |
| | | | **Total:** | **$115,488.99** |

In re:  **BNA SUBSIDIARIES, LLC**                                    Case No.:  **10-13087**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| SMITH, BRADFORD P. | 400076 | 10/02/09 | $8,000.00 | REGULAR COMPENSATION |
| EXECUTIVE VICE PRESIDENT | 995985 | 10/02/09 | $713.60 | EXPENSE REIMBURSEMENT |
| 1 PHOENIX MILL LANE | 420065 | 10/16/09 | $8,000.00 | REGULAR COMPENSATION |
| FLOOR 3 | 440073 | 10/30/09 | $8,000.00 | REGULAR COMPENSATION |
| PETERBOROUGH NH 03458 | 996102 | 10/30/09 | $119.90 | EXPENSE REIMBURSEMENT |
| Creditor Id:  14690 | 460064 | 11/13/09 | $8,000.00 | REGULAR COMPENSATION |
| Vendor Id:  00837 | 996185 | 11/20/09 | $1,443.64 | EXPENSE REIMBURSEMENT |
| | 480071 | 11/25/09 | $8,000.00 | REGULAR COMPENSATION |
| | CHECK | 12/11/09 | $8,000.00 | MISCELLANEOUS PAYMENT |
| | 996289 | 12/17/09 | $1,648.46 | EXPENSE REIMBURSEMENT |
| | 520072 | 12/24/09 | $8,000.00 | REGULAR COMPENSATION |
| | 10057 | 01/08/10 | $8,000.00 | REGULAR COMPENSATION |
| | 30066 | 01/22/10 | $8,000.00 | REGULAR COMPENSATION |
| | 50058 | 02/05/10 | $8,000.00 | REGULAR COMPENSATION |
| | 996463 | 02/05/10 | $2,456.93 | EXPENSE REIMBURSEMENT |
| | 70067 | 02/19/10 | $8,000.00 | REGULAR COMPENSATION |
| | 90060 | 03/05/10 | $8,000.00 | REGULAR COMPENSATION |
| | 996573 | 03/11/10 | $373.37 | EXPENSE REIMBURSEMENT |
| | 110069 | 03/19/10 | $8,000.00 | REGULAR COMPENSATION |
| | 130061 | 04/02/10 | $8,000.00 | REGULAR COMPENSATION |
| | 150067 | 04/16/10 | $8,000.00 | REGULAR COMPENSATION |
| | 996754 | 04/22/10 | $792.11 | EXPENSE REIMBURSEMENT |
| | 160059 | 04/30/10 | $8,000.00 | REGULAR COMPENSATION |
| | 996836 | 05/13/10 | $1,237.08 | EXPENSE REIMBURSEMENT |
| | 190072 | 05/14/10 | $8,000.00 | REGULAR COMPENSATION |
| | 996860 | 05/20/10 | $222.52 | EXPENSE REIMBURSEMENT |
| | 996887 | 05/27/10 | $580.41 | EXPENSE REIMBURSEMENT |
| | 210062 | 05/28/10 | $8,000.00 | REGULAR COMPENSATION |
| | 230071 | 06/11/10 | $8,000.00 | REGULAR COMPENSATION |
| | 996981 | 06/24/10 | $710.96 | EXPENSE REIMBURSEMENT |
| | 250064 | 06/25/10 | $8,000.00 | REGULAR COMPENSATION |
| | 997001 | 07/01/10 | $334.46 | EXPENSE REIMBURSEMENT |
| | 270073 | 07/09/10 | $8,000.00 | REGULAR COMPENSATION |
| | 997060 | 07/15/10 | $576.75 | EXPENSE REIMBURSEMENT |
| | 997083 | 07/22/10 | $219.32 | EXPENSE REIMBURSEMENT |
| | 290062 | 07/23/10 | $8,640.00 | REGULAR COMPENSATION |
| | 310072 | 08/06/10 | $8,320.00 | REGULAR COMPENSATION |
| | 330064 | 08/20/10 | $8,320.00 | REGULAR COMPENSATION |
| | 997183 | 08/26/10 | $471.61 | EXPENSE REIMBURSEMENT |
| | 350074 | 09/03/10 | $8,320.00 | REGULAR COMPENSATION |
| | 370063 | 09/17/10 | $8,640.00 | REGULAR COMPENSATION |
| | 997243 | 09/17/10 | $1,192.26 | EXPENSE REIMBURSEMENT |
| | | | **Total:** | **$223,333.38** |
| STF SERVICES CORPORATION | 062010 | 11/11/09 | $6,610.00 | SERVICES |
| 26 CORPORATE CIRCLE | 062161 | 12/08/09 | $5,300.00 | SERVICES |
| EAST SYRACUSE NY 13057 | 062420 | 01/20/10 | $1,108.00 | SERVICES |
| Creditor Id:  15019 | 062964 | 04/16/10 | $903.75 | SERVICES |
| Vendor Id:  PF-STF | 063085 | 05/13/10 | $502.00 | SERVICES |
| | 063299 | 07/01/10 | $471.75 | SERVICES |
| | | | **Total:** | **$14,895.50** |
| THE BUREAU OF NATIONAL AFFAIRS | | | SEE FOOTNOTE ON THE COVER | |
| 1801 S BELL STREET, 2ND FL | | | PAGE OF SOFA 3C. | |
| ARLINGTON VA 22202 | | | | |
| Creditor Id:  15121 | | | | |
| | | | **Total:** | **$1,514,047.00** |

**In re: BNA SUBSIDIARIES, LLC**                                     **Case No.: 10-13087**

---

## 4. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

**CASE NO.:** 09-CV-00365

**CAPTION OF SUIT:**  CHARLES E. HOLSTER III, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, AGAINST BNA
SUBSIDIARIES, LLC, DEFENDANT

**COURT OR AGENCY OR LOCATION:**    UNITED STATE DISTRICT COURT, DISTRICT OF NEW HAMPSHIRE

**NATURE OF PROCEEDING:**  CLASS ACTION

**STATUS OR DISPOSITION:**   OPEN

**CASE NO.:**  3:10-CV-30056-MAP

**CAPTION OF SUIT:**  HILARY SLOIN, PLAINTIFF VS. THE BUREAU OF NATIONAL AFFAIRS, INC., ET AL., DEFENDANTS

**COURT OR AGENCY OR LOCATION:**    UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

**NATURE OF PROCEEDING:**  EMPLOYEE LITIGATION; WRONGFUL DENIAL OF BENEFITS

**STATUS OR DISPOSITION:**   OPEN

In re:  BNA SUBSIDIARIES, LLC

Case No.: 10-13087

## 4.  SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within

[X]     **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

In re:  **BNA SUBSIDIARIES, LLC**                    **Case No.: 10-13087**

## 5.    REPOSSESSIONS, FORECLOSURES AND RETURNS

**None** ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| VARIOUS CUSTOMERS | VARIOUS DATES | COURSE CANCELLATIONS, RETURN OF PRODUCT TOTAL AMOUNT OF REFUNDS:  $29,115.85 |

In re: **BNA SUBSIDIARIES, LLC**                    **Case No.: 10-13087**

## 6. ASSIGNMENTS AND RECEIVERSHIPS

**None**  a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding
☒      the commencement of this case.

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

In re:  **BNA SUBSIDIARIES, LLC**                     Case No.:  **10-13087**

## 6.    ASSIGNMENTS AND RECEIVERSHIPS

None    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒        **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

In re:  BNA SUBSIDIARIES, LLC                                      Case No.: 10-13087

---

**7.    GIFTS**

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
[X]    case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
       family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

In re: **BNA SUBSIDIARIES, LLC**                                **Case No.: 10-13087**

## 8.     LOSSES

**None**     List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
[X]      of this case **or since the commencement of this case.**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: BNA SUBSIDIARIES, LLC**                    **Case No.: 10-13087**

---

### 9.    PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

**None**  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐  for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within **one year** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **SEE ATTACHED.** | | |

# Statement of Financial Affairs
## 9. Payments Related to Debt Counseling or Bankruptcy

**In re:  BNA SUBSIDIARIES, LLC**                                    **Case No.:  10-13087**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| COLE SCHOTZ MEISEL FORMAN | WIRE | 09/14/10 | $100,000.00 |
| & LEONARD PA | WIRE | 09/22/10 | $125,000.00 |
| COUNSEL FOR THE DEBTOR | | | |
| 25 MAIN ST, COURT PLAZA N FL 5 | | **Total:** | **$225,000.00** |
| HACKENSACK NJ 07602-0800 | | | |
| Creditor Id:  1868 | | | |
| Vendor Id:  02576; 02580 | | | |
| LOGAN & COMPANY, INC. | WIRE | 09/21/10 | $10,000.00 |
| CLAIMS, NOTICING AND BALLOTING AGENT | | | |
| 546 VALLEY ROAD | | **Total:** | **$10,000.00** |
| UPPER MONTCLAIR NJ 07043 | | | |
| Creditor Id:  15105 | | | |
| SSG CAPITAL ADVISORS LLC | WIRE | 09/22/10 | $50,000.00 |
| FIVE TOWER BRIDGE, STE 420 | | | |
| 300 BARR HARBOR DRIVE | | **Total:** | **$50,000.00** |
| WEST CONSHOHOCKEN PA 19428 | | | |
| Creditor Id:  15117 | | | |

**Total:**                    **$285,000.00**

**In re: BNA SUBSIDIARIES, LLC**                                    **Case No.: 10-13087**

---

## 10.    OTHER TRANSFERS

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☐         debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| CAROO USA, INC.<br>16985 W. BLUEMOUND ROAD, SUITE 210<br>BROOKFIELD, WI 53005 | 12/03/09 | SALE OF CORPORATE RECRUITING BUSINESS ASSETS<br>VALUE RECEIVED: PERCENTAGE OF REVENUES |
| MACROPATH LLC<br>11304 HIGHLAND DRIVE SOUTH<br>PLAINFIELD, IL 60585 | 12/31/09 | SALE OF KENNEDY INVESTOR RELATIONS BUSINESS ASSETS<br>VALUE RECEIVED: REVENUE SHARING UP TO $100,000 BY 12/31/2014 |
| MANAGEMENT NETWORKS LLC<br>ONE SOUND SHORE DRIVE, SUITE 100<br>GREENWICH, CT 06830 | 04/06/10 | SALE OF IOMA CORPORATE FINANCE BUSINESS ASSETS<br>VALUE RECEIVED: REVENUE SHARING UP TO $1,350,000 |
| THE BUREAU OF NATIONAL AFFAIRS, INC.<br>1801 SOUTH BELL STREET<br>ARLINGTON, VA 22202 | 12/29/09 | ASSIGNMENT OF ASSETS: IOMA HUMAN RESOURCES AND PAYROLL BUSINESS UNIT, THE PIKE & FISCHER TELECOMMUNICATIONS UNIT, AND THE PIKE & FISCHER LEGAL AND REGULATORY UNIT<br>VALUE RECEIVED: ASSUMPTION OF LIABILITIES |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: BNA SUBSIDIARIES, LLC**                                    **Case No.: 10-13087**

---

**10.    OTHER TRANSFERS**

**None**  b. List all property, transferred by the debtor within **ten years** immediately preceding the commencement of this case
[X]      to a self settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

In re:  **BNA SUBSIDIARIES, LLC**                    **Case No.: 10-13087**

## 11.   CLOSED FINANCIAL ACCOUNTS

**None**  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☐  were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| JP MORGAN CHASE BANK<br>ATTN: COURT ORDERS AND LEVIES DEPT.<br>340 SOUTH CLEVELAND AVE, 3RD FLOOR<br>WESTERVILLE, OH 43081-8917 | OPERATING ACCOUNT<br>ACCOUNT NO.: 3077187 | $5,713.65<br><br>02/05/10 |
| JP MORGAN CHASE BANK NA<br>ATTN: COURT ORDERS AND LEVIES DEPT.<br>340 SOUTH CLEVELAND AVE, 3RD FLOOR<br>WESTERVILLE, OH 43081-8917 | PAYROLL ACCOUNT<br>ACCOUNT NO.: 744749433 | $0.00<br><br>02/05/10 |

In re: **BNA SUBSIDIARIES, LLC**                    **Case No.: 10-13087**

---

### 12.  SAFE DEPOSIT BOXES

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
[X]     within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**In re: BNA SUBSIDIARIES, LLC**                    **Case No.: 10-13087**

---

### 13. SETOFFS

**None**   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days**
[X]   preceding the commencement of this case.

---

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

In re: BNA SUBSIDIARIES, LLC

Case No.: 10-13087

## 14.  PROPERTY HELD FOR ANOTHER PERSON

**None**   List all property owned by another person that the debtor holds or controls.

☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| AMER. ASSOC. OF LAW LIBRARIES<br>94340 EAGLE WAY<br>CHICAGO IL 60678 | CASH<br>VALUE: $2,150.00 | 1 PHOENIX MILL<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| BELARDI/OSTROY ALC, LLP<br>PO BOX 33581<br>HARTFORD CT 06150 | CASH<br>VALUE: $492.20 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| DATALINE<br>5 VAUGHAN DRIVE, SUITE 307<br>PRINCETON NJ 08540 | CASH<br>VALUE: $1,900.00 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| DIRECT MEDIA<br>PO BOX 3243<br>OMAHA NE 68103 | CASH<br>VALUE: $12,654.90 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| EDITH ROMAN HOLDINGS<br>PO BOX 3840<br>OMAHA NE 68103 | CASH<br>VALUE: $17,349.80 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| HENDON PUBLISHING CO.<br>130 WAUKEGAN RD<br>DEERFIELD IL 60015 | CASH<br>VALUE: $670.00 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| KEY MARKETING ADVANTAGE,LLC<br>24 STONY HILL ROAD, SUITE 101<br>BETHEL CT 06801 | CASH<br>VALUE: $405.00 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| KROLL DIRECT MARKETING, INC.<br>101 MORGAN LANE SUITE 120<br>PLAINSBORO NJ 08536 | CASH<br>VALUE: $8,198.09 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| LABOR & EMPLOYMENT RELATIONS<br>504 E ARMORY AVENUE<br>CHAMPAIGN IL 61820 | CASH<br>VALUE: $573.38 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| LAKE GROUP MEDIA, INC.<br>1 BYRAM BROOK PLACE<br>ARMONK NY 10504 | CASH<br>VALUE: $12,680.93 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| MAILINGLISTSXPRESS<br>190 EAST POST ROAD<br>WHITE PLAINS NY 10601 | CASH<br>VALUE: $232.74 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| MANNING MEDIA INTL<br>2128 SURREY LANE<br>MCKINNEY TX 75070 | CASH<br>VALUE: $4,738.00 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| MARDEV DM2<br>2000 CLEARWATER DRIVE<br>OAKBROOK IL 60523 | CASH<br>VALUE: $8,689.58 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| MARKETINGGENERAL, INC.<br>209 MADISON ST. SUITE 300<br>ALEXANDRIA VA 22314 | CASH<br>VALUE: $1,613.39 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| MEDIA SOURCE SOLUTIONS,INC<br>950 S.PINE ISLAND RD<br>PLANTATION FL 33324 | CASH<br>VALUE: $566.40 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |

**In re:  BNA SUBSIDIARIES, LLC**                          **Case No.: 10-13087**

---

## 14.   PROPERTY HELD FOR ANOTHER PERSON

**None**   List all property owned by another person that the debtor holds or controls.

☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| MERITDIRECT LLC<br>333 WESTCHESTER AVE.<br>WHITE PLAINS NY 10604 | CASH<br>VALUE: $26,089.72 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| PCS MAILING LIST COMPANY<br>39 CROSS STREET<br>PEABODY MA 01960 | CASH<br>VALUE: $877.04 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| SK&A INFORMATION SERVICES, INC<br>2601 MAIN STREET, STE 650<br>IRVINE CA 92614 | CASH<br>VALUE: $585.03 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| SPECIALIST MARKETING SERVICES<br>777 TERRACE AVE. SUITE 401<br>HASBROUCK HEIGHTS NJ 07604 | CASH<br>VALUE: $5,592.50 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| STATLISTICS<br>69 KENOSIA AVENUE<br>DANBURY CT 06810 | CASH<br>VALUE: $5,909.68 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |
| WEIL & ASSOCIATES<br>PO BOX 2156<br>FAIRFIELD IL 52556 | CASH<br>VALUE: $465.00 | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |

In re: **BNA SUBSIDIARIES, LLC**                    Case No.: **10-13087**

---

**15.    PRIOR ADDRESS OF DEBTOR**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises
☐    which the debtor occupied during that period and vacated prior to the commencement of this case.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| 1010 WAYNE AVENUE, SUITE 1400<br>SILVER SPRING, MD 20910 | PIKE AND FISCHER | **From:** 01/01/05 TO<br>**To:** 01/31/09 |

In re: **BNA SUBSIDIARIES, LLC**                    **Case No.: 10-13087**

---

## 16.   SPOUSES AND FORMER SPOUSES

**None**  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
  [X]   California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
        immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
        spouse who resides or resided with the debtor in the community property state.

---

NAME

**In re: BNA SUBSIDIARIES, LLC**                                         **Case No.: 10-13087**

## 17.    ENVIRONMENTAL INFORMATION

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None | a. | List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it
[X] | | may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

In re: BNA SUBSIDIARIES, LLC                          Case No.: 10-13087

---

17.    ENVIRONMENTAL INFORMATION

None    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
[X]          Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

In re: BNA SUBSIDIARIES, LLC        Case No.: 10-13087

## 17. ENVIRONMENTAL INFORMATION

**None**
[X]

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**In re: BNA SUBSIDIARIES, LLC**          **Case No.: 10-13087**

## 18.   NATURE, LOCATION AND NAME OF BUSINESS

None
[X]

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER / COMPLETE EIN OR OTHER TAXPAYER ID NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- |
| | | | |

In re:  **BNA SUBSIDIARIES, LLC**

**Case No.: 10-13087**

## 18.  NATURE, LOCATION AND NAME OF BUSINESS

None
[x]

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

**In re:  BNA SUBSIDIARIES, LLC**                                    **Case No.:  10-13087**

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

## 19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**       a.   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case
☐              kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| DURAN-SMITH, ELIZABETH<br>1 WASHINGTON PARK, SUITE 1300<br>NEWARK, NJ 07102 | 01/01/09 - PRESENT |
| MORIN, MICHELE<br>1 PHOENIX MILL LANE, FL 3<br>PETERBOROUGH, NH 03458 | 01/01/09 - PRESENT |

In re:  **BNA SUBSIDIARIES, LLC**                                    Case No.:  **10-13087**

## 19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS

None      b.   List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☐         audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| BDO SEIDMAN, LLP | 7101 WISCONSIN AVE., SUITE 800<br>BETHESDA, MD 20814-4827 | DECEMBER 31, 2009 |

Quarterly audits were performed on a consolidated basis with the Debtor's parent, The Bureau of National Affairs.  No separate audit
was performed for the Debtor.

In re:  **BNA SUBSIDIARIES, LLC**                    Case No.:  **10-13087**

**19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS**

None       c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐            account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| DURAN-SMITH, ELIZABETH | 1 WASHINGTON PARK<br>SUITE 1300<br>NEWARK, NJ 07102 |
| MORIN, MICHELE | 1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |

In re:  **BNA SUBSIDIARIES, LLC**                    Case No.:  **10-13087**

## 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None** ☐  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| THE BUREAU OF NATIONAL AFFAIRS, INC.<br>1801 SOUTH BELL STREET<br>ARLINGTON, VA 22202 | VARIOUS |

The Debtor is a privately held limited liability company whose membership interests are not publicly traded.  The Debtor's parent is an SEC registrant with publicly traded stock and, therefore, its financial statements are publicly available on the SEC's Edgar Database. The Debtor itself does not issue financial statements to outside third parties.

**In re:  BNA SUBSIDIARIES, LLC**                          **Case No.:  10-13087**

## 20.    INVENTORIES

None
☐   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| DECEMBER, 2009 | MICHELE MORIN | $29,842.83 NET BOOK VALUE |

In re:  **BNA SUBSIDIARIES, LLC**                    Case No.:  **10-13087**

## 20.  INVENTORIES

None

☐    b.  List the name and address of the person having possession of the records of each of the two inventories reported
in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| DECEMBER 2009 | MORIN, MICHELE<br>1 PHOENIX MILL LANE<br>FLOOR 3<br>PETERBOROUGH, NH 03458 |

In re:  BNA SUBSIDIARIES, LLC                    Case No.:  10-13087

---

**21.    CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X]

---

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

In re:  **BNA SUBSIDIARIES, LLC**

Case No.:  **10-13087**

## 21.  CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

None  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐      or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| AMBROSINI, ROBERT P. 1801 SOUTH BELL STREET ARLINGTON, VA 22202 | DIRECTOR | NONE |
| BOLBACH, CYNTHIA J. 1801 SOUTH BELL STREET ARLINGTON, VA 22202 | CORPORATE SECRETARY AND DIRECTOR | NONE |
| BREMNER, JOSEPH P. 1 PHOENIX MILL LANE FLOOR 3 PETERBOROUGH, NH 03458 | PRESIDENT AND CHIEF EXECUTIVE OFFICER | NONE |
| BUREAU OF NATIONAL AFFAIRS, INC., THE 1801 SOUTH BELL STREET ARLINGTON, VA 22202 | MANAGING MEMEBER | 100% MEMBERSHIP INTEREST |
| LAVINE, GILBERT S. 1801 SOUTH BELL STREET ARLINGTON, VA 22202 | ASSISTANT TREASURER | NONE |
| LIN BUMGARDNER, EUNICE 1801 SOUTH BELL STREET ARLINGTON, VA 22202 | ASSISTANT CORPORATE SECRETARY AND DIRECTOR | NONE |
| MCCAFFERY, GREGORY C. 1801 SOUTH BELL STREET ARLINGTON, VA 22202 | DIRECTOR | NONE |
| MILLER, ALAN WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK, NY 10153 | INDEPENDENT DIRECTOR | NONE |
| MORIN, MICHELE 1 PHOENIX MILL LANE FLOOR 3 PETERBOROUGH, NH 03458 | VICE PRESIDENT OF FINANCE, TREASURER AND DIRECTOR | NONE |
| SMITH, BRADFORD 1 PHOENIX MILL LANE FLOOR 3 PETERBOROUGH, NH 03458 | CHIEF OPERATING OFFICER, EXECUTIVE VICE PRESIDENT AND DIRECTOR | NONE |
| WOJCIK, PAUL N. 1801 SOUTH BELL STREET ARLINGTON, VA 22202 | CHAIRMAN OF THE BOARD | NONE |

In re:  BNA SUBSIDIARIES, LLC                                    Case No.:  10-13087

## 22.  FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

**None**  a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately

[x]          preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:  **BNA SUBSIDIARIES, LLC**                    Case No.:  **10-13087**

---

**22.     FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None     b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within

[X]          **one year** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

In re:  **BNA SUBSIDIARIES, LLC**          **Case No.:  10-13087**

**23.     WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

None     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
[x]      including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
         perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

Please refer to the Debtor's response to SOFA Item 3c.

In re:  **BNA SUBSIDIARIES, LLC**                     Case No.:  **10-13087**

---

**24.  TAX CONSOLIDATION GROUP**

None
☐   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| THE BUREAU OF NATIONAL AFFAIRS, INC. | 53-0040540 |

In re:  **BNA SUBSIDIARIES, LLC**                    Case No.:  **10-13087**

## 25.  PENSION FUNDS

**None**

☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |